UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Abigail Wexler,

    Defendant.
_____/

Criminal No. 23-CR-20672

HON. TERRENCE G. BERG

# GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INFORMATION

    The United States of America hereby moves for an order unsealing the Information in this case, and states:

1. The Information in this case charges the Defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal informations, indictments, arrest warrants and summons, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Information be unsealed because defendants have been arrested or appearing voluntarily and are entitled to receive a copy of the Information.

WHEREFORE, the government requests this Court to issue an order unsealing the Information and Arrest Warrants.

Respectfully submitted,

Dawn N. Ison
United States Attorney

*s/Jihan Williams*
Jihan Williams
Assistant Unites States Attorney
211 W. Fort St, Suite 2001
Detroit, MI 48226
jihan.williams@usdoj.gov
313-226-9520

Dated:  December 12, 2023

**IT IS SO ORDERED.**

s/Kimberly G. Altman
Honorable Kimberly Altman
United States Magistrate Judge

Entered:  December 12, 2023