UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

vs.

      Criminal No. 23-20672

      Hon. Terrence G. Berg

D-1, Abigail Wexler,

      Defendant.

_____/

FILED DEC 14 2023 CLERK'S OFFICE U.S. DISTRICT COURT

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

    I, Abigail Wexler, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1-2:   Up to 1 year and/or a $1,000 fine.

    I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
Abigail Wexler
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-

trial motions to be filed within twenty (20) days of arraignment.

_____
Zack Glaza
Counsel for Defendant

Dated: 12/14/23