UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

Criminal No. 23-cr-20672

vs.

Hon. Terrence G. Berg

D-1, Abigail Wexler,

Defendant.

_____/

## STIPULATION FOR CONTINUANCE OF FINAL PRE-TRIAL CONFERENCE, PLEA AND TRIAL DATES AND FINDING OF EXCLUDABLE DELAY

The parties, by their undersigned attorneys, stipulate to the following matters: (1) adjournment of the final pre-trial and plea cut-off date to March 14, 2024; (2) adjournment of the trial date in this matter to April 2, 2024; and (3) a finding of excludable delay from January 16, 2024 to April 2, 2024, for the following reasons: (a) to afford additional time for the defendant and his respective counsel to review the discovery materials, (b) to permit the parties additional time to negotiate a possible plea agreement; and (c) to afford adequate time for the parties to prepare for trial.

The parties stipulate that the extended time period, that is from January 16, 2024 to April 2, 2024, shall constitute excludable delay under the provisions of the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B), in that the parties require additional time to review discovery materials, to negotiate a possible plea agreement and to adequately prepare for trial.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties agree that the ends of justice served by this delay outweigh the best interest of the public and the defendant in a speedy trial. The defendant, Abigail Wexler, concurs in the request for an adjournment.

Dated: January 12, 2024

IT IS SO STIPULATED:

s/REGINA R. McCULLOUGH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: 313-226-9618
Regina.McCullough@usdoj.gov

s/ ZACK GLAZA (w/consent)
Counsel for Defendant Wexler
5970 St. James Drive
West Bloomfield, MI 48322
Phone: 248-955-3803
zack@glazalaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

                                    Criminal No. 23-cr-20672

vs.

                                    Hon. Terrence G. Berg

D-1, Abigail Wexler,

        Defendant.

_____/

## ORDER FOR CONTINUANCE OF FINAL PRE-TRIAL CONFERENCE, PLEA AND TRIAL DATES AND FINDING OF EXCLUDABLE DELAY

Upon this Court's consideration of the parties' stipulation and the Court being apprised of the circumstances,

IT IS ORDERED that the final pre-trial conference and plea date in this matter shall be adjourned until March 14, 2024 at 2:00 p.m.;

IT IS ORDERED that the trial date in this matter shall be adjourned until April 2, 2024 at 8:30 a.m.;

IT IS FURTHER ORDERED that the time period from January 16, 2024 to April 2, 2024, shall constitute excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(B)(i),(ii) and (iv). The exclusion of the delay from the computation of the time within which the trial must commence under the Speedy Trial Act is made pursuant to 18 U.S.C. § 3161(h)(7)(A) and §§

2

3161(h)(7)(B)(i), (ii) and (iv), in that the ends of justice served by this delay outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant a continuance would result in a miscarriage of justice and all parties, in this complex case, need additional time for effective preparation, to negotiate a plea agreement or prepare for trial, and such need is reasonable.

s/ Terrence G. Berg
HON. TERRENCE G. BERG
United States District Court Judge

Dated: 1/17/2024

3