UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.

Abigail Wexler,

                Defendant(s),

Case No. 2:23–cr–20672–TGB–EAS
Hon. Terrence G. Berg

## ORDER REQUIRING RESPONSE

The defendant, Abigail Wexler, has filed the following document:

Motion for Early Termination of Probation/Supervised Release – #21

IT IS HEREBY ORDERED that the Government shall file a response to the above document on or before October 31, 2025.

s/Terrence G. Berg
Terrence G. Berg
U.S. District Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Emily P Vradenburg
Case Manager

Dated:   October 16, 2025