UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                               2:23CR-20672

            Plaintiff,              Honorable Terrene G. Berg

v.

ABIGAIL WEXLER,

            Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

On September 30, 2025, defendant filed a motion requesting early termination of supervised release.

The Probation Department submitted a memorandum to the Court dated October 16, 2025, which reported that defendant's progress has been satisfactory. The Court consulted with Probation Officer Campana, who indicated that defendant has been fully compliant and has had no problems during supervision.

The Government has not responded to this motion – even though the Court directed a response to be filed by October 31, 2025. On this record therefore, the Government has not expressed any opposition to Defendant's request.

The Court has considered the defendant's request, and being fully advised in the premises,

IT IS ORDERED that the motion is GRANTED.  The remaining term of probation is terminated.

SO ORDERED.

s/Terrence G. Berg
Terrence G. Berg
United States District Court Judge

Dated:  November 4, 2025